**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AYOUBA CAMARA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 26-6552** |

**ORDER**

**AND NOW**, this 8th day of September, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Response to Petition for Writ of Habeas Corpus (ECF No. 5), it is hereby **ORDERED** that, **within three (3) days** of the filing of this Order, Respondents shall file and serve supplemental briefing describing the factual and statutory basis upon which Petitioner is currently detained.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**