**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AYOUBA CAMARA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-6552** |

**O R D E R**

**AND NOW**, this 8th day of October, 2026, upon consideration of the Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' response thereto (the "Response") (ECF No. 5), Petitioner's Reply in Support of the Petition (the "Reply") (ECF No. 7), Respondents' Supplemental Response Requesting Additional Time to Clarify Petitioner's Detention Authority and to Respond to Petitioner's Due Process Argument (the "Supplemental Response") (ECF No. 8), Respondents' Supplemental Filing Clarifying Petitioner's Detention Authority Under 8 U.S.C. Section 1226 and Response to Due Process and Administrative Procedure Act Claims (the "Second Supplemental Response") (ECF No. 9), and Petitioner's reply thereto (the "Supplemental Reply") (ECF No. 10), it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED**. The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on October 9, 2026.**

2. Immediately upon Petitioner's release, Respondents shall return to Petitioner all personal property, including identification and other documents, confiscated upon or during his detention.

3. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

4. The Government is temporarily enjoined from re-detaining Petitioner until **October 19, 2026**.

5. If the Government decides to pursue re-detention of Petitioner after October 19, 2026, it must ***first*** provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

6. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

7. The Clerk of Court shall **MARK** this case as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**